USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 05/06/2015

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

AMAR SINGH, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

-against-

HANS G.C.P. SCHIKAN, BERNDT A.E. MODIG, GILES V. CAMPION, COLLEEN A. DEVRIES, LUC M.A. DOCHEZ, REMI DROLLER, DAAN ELLENS, PETER GOODFELLOW, MARTIJN KLEIJWEGT, DAVID MOTT, PATRICK VAN BENEDEN, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., LEERINK SWANN LLC (N/K/A LEERINK PARTNERS LLC), WEDBUSH SECURITIES INC., KBC SECURITIES USA INC., TROUT CAPITAL LLC, AND PROSENSA HOLDING N.V.,

Defendants.

-----------------------------------------------------------X

14 **CIVIL** 5450 (NRB)

**JUDGMENT**

Defendants having moved to dismiss (Doc. #29) pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on May 5, 2015, having rendered its Memorandum and Order (Doc. #40) granting Defendants' motion to dismiss. The Memorandum and Order resolves docket no. 29; and directing the Clerk of Court to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 5, 2015, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
May 6, 2015

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**